UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLE W. MALLORY,<br><br>                          Plaintiff,<br><br>             -against-<br><br>CLAUDE GILOT RUIZ PICASSO,<br><br>                          Defendant. | 18-CV-7805 (LLS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued May 16, 2019, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  May 16, 2019
           New York, New York

                                                          _Louis L. Stanton_
                                                            Louis L. Stanton
                                                                 U.S.D.J.